# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| LESLIE GREER | § | |
| | § | |
| v. | § | No. 4:11-cv-135 |
| | § | |
| FIFTH AVENUE FRISCO TEXAS | § | |
| GRUBER PROPERTY LLC, et al. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 5th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE